UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TIMOTHY SHEPARD, | ) | 3:12-cv-00554-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ERIC K. SHINSEKI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, | ) ) | |
| | ) | |
| Defendant. | ) | |

Defendant's unopposed motion for an extension of time (#74) is **GRANTED**. Defendant shall have up to and including April 16, 2014, in which to file his reply to plaintiff's opposition to defendant's motion for summary judgment.

IT IS SO ORDERED.

DATED: This 13th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE