UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
TIMOTHY SHEPARD,                    )    3:12-cv-00554-HDM-VPC
                                    )
          Plaintiff,                )
                                    )    ORDER
vs.                                 )
                                    )
ERIC K. SHINSEKI, SECRETARY,        )
DEPARTMENT OF VETERANS AFFAIRS,     )
                                    )
          Defendant.                )
_____)
```

Defendant's motion for an extension of time (#76) is **GRANTED**. Defendant shall have up to and including April 17, 2014, in which to file his reply to plaintiff's opposition to defendant's motion for summary judgment.

IT IS SO ORDERED.

DATED: This 16th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE

1